JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ZELUS FILM HOLDING COMPANY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>APOLLOMEDIA GMBH & CO. 5 FILMPRODUKTION KG, a company organized under the laws of Germany; APOLLOMEDIA GMBH, a company organized under the laws of Germany and DOES 1 through 100,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. 2:20-cv-10658-SVW-RAO<br><br>*The Hon. Stephen V. Wilson*<br><br>**ORDER FOR DISMISSAL**<br><br>Trial Date:       June 15, 2021 |

EISNER, LLP          775827.2

1

ORDER FOR DISMISSAL

Pursuant to the Stipulation of Voluntary Dismissal with Prejudice filed by the Parties, **IT IS HEREBY ORDERED** that:

(i) This action, including all claims and counterclaims against all Parties, is dismissed with prejudice; and

(ii) The Parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: May 3, 2021

By: _____
Hon. Stephen V. Wilson
United States District Judge